34

(No. 74-CC-0316–

LELAND PETERS and THERESA PETERS, Claimants, *v.*
THE STATE OF ILLINOIS, Respondent.

*Order filed July 1, 1981.*

DAVID E. HOLLAND, for Claimants.

TYRONE C. FAHNER, Attorney General (JOHN R.
FANONE, Assistant Attorney General, of counsel), for
Respondent.

HOLDERMAN, J.

This matter comes before the Court upon motion of
Respondent to dismiss filed May 20, 1981, and objection
by Claimants to said motion.

Respondent's motion sets forth that transcripts of
evidence were filed in this matter sometime after Octo-
ber 9, 1975; that on March 24, 1976, Claimants made a
motion to extend time to file their brief to May 24, 1976;
that on May 24, 1976, Claimants made a new motion to
extend time to file their brief to July 14, 1976; and that a
period of over five years has now passed and Claimants
have failed to file their brief despite the fact that the
rules of the Court require that a Claimant file his brief on
or before sixty (60) days after the evidence has been
completed and filed.

In Claimants' objection to motion to dismiss, they
state that their attorney misplaced the file in this case and
during this long interval the file had not been found until

recently and they now request leave to file their brief and excerpts from the record.

It is unfortunate that Claimants' file was misplaced in the attorney's office and the rules of the Court were not complied with. The Court notes Claimants' argument that the delay in the filing of briefs and excerpts should not burden or inconvenience the Court.

The Court is of the opinion that a delay of such length violating the rules of the Court does in fact inconvenience the Court and to tolerate such practice would result in a chaotic condition of the Court to the detriment of all parties concerned.

It is hereby ordered:

That Respondent's motion to dismiss be, and the same is, granted and this cause is dismissed.